# In the United States Court of Federal Claims

No. 10-174C

(Filed: March 24, 2010)

_____

JONES AUTOMATION, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      A telephonic status conference will be held in this case on Thursday, March 25, 2010, at 10:00 a.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                      s/ Francis M. Allegra  
                                      Francis M. Allegra  
                                      Judge