# In the United States Court of Federal Claims

No. 10-174C

(Filed: March 25, 2010)

_____

JONES AUTOMATION, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

Today, a telephonic preliminary conference was held in this case. Participating in the conference were Howell Roger Riggs, for plaintiff, and Armando Rodriguez-Feo, for defendant. Based on discussions during the conference, it was agreed that:

1. On or before March 30, 2010, defendant shall file its response to plaintiff's application for a temporary restraining order;

2. The court will, as soon as possible, issue a Protective Order modeled on that set forth in Form 8 of the RCFC;

3. On or before March 30, 2010, defendant shall file the administrative record on CD-ROM, and shall effectuate service to plaintiff via messenger, or alternatively, shall file a request for an extension indicating how much additional time is needed; and

4. On or before April 9, 2010, a courtesy copy of the administrative record, in paper form, shall be delivered to chambers.

**IT IS SO ORDERED.**

                                                      s/ Francis M. Allegra
                                                      Francis M. Allegra
                                                      Judge